UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------
:
CORY A. PERKINS,                              :       CASE NO. 3:14-cv-02572
                                              :
        Petitioner,                          :
                                              :
v.                                            :       OPINION & ORDER
                                              :       [Resolving Docs. 1, 17]
MICHELLE MILLER, Warden,                      :
                                              :
        Respondent.                          :
                                              :
------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    Petitioner Cory Perkins seeks a writ of habeas corpus under 28 U.S.C. § 2254 to vacate his conviction on three counts of rape.[1] On June 19, 2015, Perkins filed a motion to stay his petition or to dismiss it without prejudice.[2] Perkins concedes that he has not yet exhausted state remedies with regard to the claims in his petition.[3] On June 26, 2015, Magistrate Judge Limbert issued a Report and Recommendation ("R&R"), recommending that the Court deny Perkins's motion to stay, but grant Perkins's motion to dismiss his petition without prejudice.[4] Magistrate Judge Limbert further recommended that Perkins's motion for an evidentiary hearing[5] be denied as moot.[6]

    The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a R&R to which a party has made an objection.[7] Parties must file any objections

---

[1] Doc. 1.
[2] Doc. 15.
[3] *Id.*
[4] Doc. 17.
[5] Doc. 5.
[6] Doc. 17 at 3.
[7] 28 U.S.C. § 636(b)(1)(C).

Case No. 3:14-cv-02572
Gwin, J.

to a R&R within fourteen days of service.[8] Failure to object within that time waives a party's right to have the Court review the R&R.[9]

Absent objection, a district court may adopt the R&R without review.[10] Neither party has objected to the R&R. Moreover, having conducted its own review of the record and the parties' briefing in this case, the Court agrees with the conclusions of Magistrate Judge Limbert.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Limbert's R&R and incorporates it fully herein by reference. The Court **DENIES** Perkins's request to stay his petition, but **GRANTS** Perkins's request to dismiss his petition without prejudice. Further, the Court **DENIES** Perkins's motion for an evidentiary hearing as moot.

IT IS SO ORDERED.


Dated: July 17, 2015                             s/     *James S. Gwin*
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE

---

[8] Fed. R. Civ. P. 72(b)(2); LR 72.3(b).
[9] LR 72.3(b); *see* Thomas v. Arn, 474 U.S. 140, 145 (1985); United States v. Walters, 638 F.2d 947, 949–50 (6th Cir. 1981).
[10] *See* Thomas, 474 U.S. at 149.